IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GROVER CONRAD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.: |
| | § | |
| SAFECO INSURANCE, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1446(a) and Local Rule CV-81(a), Defendant Safeco Insurance Company of Indiana ("Safeco" or "Defendant"), improperly served and sued as Safeco Insurance, files this Notice of Removal, hereby removing this action from the District Court, 76th Judicial District of Camp County, Texas to the United States District Court for the Eastern District of Texas, Marshall Division.  Removal is based on diversity jurisdiction because there is complete diversity between Plaintiff Grover Conrad ("Plaintiff") and Safeco, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.  In support of its Notice of Removal, Defendant would respectfully show the Court as follows:

**I.**

**INTRODUCTION**

This dispute arises from Plaintiff's claim for fire damage to his home located at 151 County Road 2608, Pittsburg, Texas (the "Property").  Plaintiff alleges that Defendant breached a policy of insurance, and violated certain provisions of the Texas Insurance Code and Texas Deceptive Trade Practices Act ("DTPA") by, among other things, failing to pay Plaintiff's claim for damages resulting from an alleged fire.

On November 23, 2015, Plaintiff filed his Original Petition in the District Court, 76th Judicial District of Camp County, Texas.  Safeco was personally served with a citation and a copy of Plaintiff's Original Petition on December 11, 2015 through its registered agent for service of

process.  Defendant timely filed an answer to Plaintiff's Original Petition.  This Notice of Removal is being filed within thirty (30) days of service of the Petition, and is thus timely filed under 28 U.S.C. §1446(b).

## II.

## BASIS FOR REMOVAL

**A.   DIVERSITY OF CITIZENSHIP**

Removal is proper because there is complete diversity between the parties.  *See* 28 U.S.C. § 1332(a).  Plaintiff Grover Conrad is a citizen of Texas.  *See* Plaintiff's Original Petition, Section <u>III PARTIES.</u>  Safeco Insurance Company of Indiana is a corporation organized under the laws of the State of Massachusetts, with its principal place of business in Boston, Massachusetts.

**B.   AMOUNT IN CONTROVERSY**

   *1.   Standards*

Generally, the amount in controversy for purposes of establishing federal jurisdiction should be determined by the plaintiff's complaint.  *De Aguilar v. Boeing Co.*, 47 F.3d 1404, 1411-12 (5th Cir. 1995).  Here, it is apparent from the face of Plaintiff's Original Petition that he claims exceed $75,000.00: "Plaintiff seeks monetary relief over $200,000…."  *See* Plaintiff's Original Petition, Section I.

Therefore, removal of this action is proper under 28 U.S.C. § 1441(a).  This is a civil action brought in state court and this Court has original jurisdiction over the subject matter pursuant to 28 U.S.C. § 1332(a).  In addition, Plaintiff's citizenship is diverse from Safeco.  Finally, as alleged in his petition, Plaintiff seeks to recover in excess of $200,000.00 from Defendant.  Therefore, the amount in controversy in this case clearly exceeds $75,000.00.

## CONSENT TO REMOVAL UNNECESSARY

Safeco is the only defendant named in Plaintiff's Petition; thus, no additional consent is needed for removal.

## III.
## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

As required by Local Rule CV-81, filed concurrently with this Notice of Removal is a completed civil cover sheet.  Additionally, the following exhibits are attached:

- **EXHIBIT A:**   Supplemental Civil Case Cover Sheet – listing all parties in this case and the current status of the state court proceeding;  listing of attorneys in this case, including each such attorney's bar number, addresss, telephone number and party represented; and the name and address of the state court from which this case is being removed;

- **EXHIBIT B**:   A certified copy of the Register of Actions in the state court action; and

- **EXHIBITS C-1 – C-2**:  A copy of each document filed in the state court action.

Pursuant to Section 28 U.S.C. §1446(d), Defendant will give written notice of filing of this Notice of Removal to all adverse parties promptly after the filing of same.

Pursuant to 28 U.S.C. §1446(d), Defendant will file a true and correct copy of this Notice of Removal with the District Clerk, 76th Judicial District, Camp County, Texas promptly after filing of same.

## IV.
## CONCLUSION AND PRAYER

Based on the foregoing, Defendant Safeco Insurance Company of Indiana respectfully requests that the above-captioned action now pending in the District Court, 76th Judicial District, Camp County, Texas be removed to the United States District Court for the Eastern District of Texas, Marshall Division.

Respectfully submitted,

*/s/ Mark D. Tillman*
MARK D. TILLMAN
State Bar No. 00794742
COLIN BATCHELOR
State Bar No. 24043545
JACKSON MABRY
State Bar No.  24078894

**TILLMAN BATCHELOR LLP**
1320 Greenway Drive, Suite 830
Irving, Texas 75038
Telephone: (214) 492-5720
Facsimile: (214) 492-5721
Email:  mark.tillman@tb-llp.com
             colin.batchelor@tb-llp.com
             jackson.mabry@tb-llp.com

**ATTORNEYS FOR DEFENDANT SAFECO INSURANCE COMPANY OF INDIANA**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been forwarded to Plaintiff's counsel of record via electronic means and/or facsimile, on the 8th day of January, 2016, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

Mark McMahon
ERSKINE & MCMAHON, L.L.P.
P.O. Box 3485
Longview, Texas 75606
Telephone: (903) 757-8435
Facsimile: (903) 757-9429
markm@erskine-mcmahon.com

*/s/ Mark D. Tillman*
MARK D. TILLMAN