IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GROVER CONRAD, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 2:16-cv-00027 |
| § | |
| SAFECO INSURANCE, § | |
| § | |
| Defendant. § | |

### ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day came on to be heard the parties' Joint Motion to Dismiss with Prejudice. Having considered the Motion, the Court is of the opinion that same should be **GRANTED**.

It is therefore **ORDERED** that all claims that have been and/or could have been asserted in the above-styled lawsuit are hereby **DISMISSED WITH PREJUDICE** to the re-filing of same, with costs of Court to be taxed against the party incurring the same. All relief not expressly granted herein is DENIED.

**SIGNED this 14th day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE